**BOND SCHOENECK & KING PLLC**
Samuel G. Dobre, Esq.
Attorney ID: 306582019
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2320
*Attorneys for Defendant Worldwide Flight Services, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>  Plaintiff,<br><br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>  Defendants. | **CERTIFICATION OF HELEN YU IN SUPPORT OF WORLDWIDE FLIGHT SERVICES, INC.'S NOTICE OF REMOVAL**<br><br>Civil Action No.: |

**HELEN YU**, of full age, full age, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am the Senior Vice President and General Counsel for Worldwide Flight Services, Inc. ("WFS") and have served in that capacity since March 21, 2022. I am familiar with the facts set forth in this Certification.

2. WFS formerly employed Plaintiff.

3. At the time of filing of the Complaint and at the time of removal, WFS is incorporated in Delaware, and maintains its corporate headquarters in Jamaica, New York.

4. The principal place of business for WFS is located at John F. Kennedy International Airport, Building 151, East Hangar Rd., Suite 361, Jamaica, NY 11430.

5. I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

2

Dated: April 4, 2023

_____
HELEN YU

2