## **AFFIDAVIT**

STATE OF NEW YORK          )
                                                   ) ss.:
COUNTY OF NEW YORK     )

**SAMUEL G. DOBRE, ESQ.**, being duly sworn according to law, deposes and says that he is the attorney for Defendant, Worldwide Flight Services, Inc.; that, he has read the foregoing Notice and knows the contents thereof; that he is authorized to make this Affidavit on behalf of Worldwide Flight Services, Inc.; and, that the facts alleged in the Notice are true and correct to the best of his knowledge, information and belief.

_____
**SAMUEL G. DOBRE, ESQ.**

15739486.1 4/5/2023