**BOND SCHOENECK & KING PLLC**
Samuel G. Dobre, Esq.
Attorney ID: 306582019
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2320
*Attorneys for Defendant Worldwide Flight Services, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN, | **CERTIFICATION OF SERVICE** |
| Plaintiff, | |
| v. | Civil Action No.: |
| WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES, | |
| Defendants. | |

**SAMUEL G. DOBRE**, of full age, declares as follows:

1. I am an attorney-at-law of the State of New Jersey and am admitted to practice in this Court. I am an associate of the firm of Bond, Schoeneck & King, PLLC., attorneys for Defendant Worldwide Flight Services, Inc.

2. On April 13, 2023, I caused a true and correct copy of Defendant's: (a) Notice of Removal (with exhibits); (b) Notice of Filing of Notice of Removal; (c) Rule 7.1 Disclosure Statement; (d) Civil Cover Sheet; (e) Notice of Appearance and Request for Electronic Notification of Samuel G. Dobre, Esq.; and (f) this Certification of Service; to be electronically filed and served, via Email, and Certified and Regular Mail upon Plaintiff:

> **William J. Fox, Esq.**
> **Law Offices of William J. Fox, P.C.**
> 1626 Pine Street
> Philadelphia, PA 19103
> *Attorney for Plaintiff*

15736527.1 4/13/2023

3.  On April 13, 2023 I electronically filed with the Clerk of the Superior Court of New Jersey, Law Division, Mercer County, the Notice of Filing of the Notice of Removal to the United States District Court of the District of New Jersey.

4.  I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: April 13, 2023

By: _____
Samuel G. Dobre, Esq.