**BOND SCHOENECK & KING PLLC**
Samuel G. Dobre, Esq.
Attorney ID: 306582019
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2320
*Attorneys for Defendant Worldwide Flight Services, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>                Plaintiff,<br><br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>                Defendants. | **NOTICE OF APPEARANCE OF SAMUEL G. DOBRE**<br><br>Civil Action No.: |

To the Clerk of this Court and All Parties of Record:

    **PLEASE TAKE NOTICE** that the undersigned hereby appears as lead counsel on behalf of Defendant WORLDWIDE FLIGHT SERVICES, INC., in the above-captioned action. Contact information for the undersigned counsel is as follows:

    Samuel G. Dobre, Esq.
    BOND SCHOENECK & KING PLLC
    600 Third Avenue, 22nd Floor
    New York, New York 10016
    T: (646) 253-2320
    F: (646) 253-2377
    E: sdobre@bsk.com

    Please enter this appearance on the Court's docket and electronically notify Defendant of all filings at the email address listed above. Defendant requests that copies of all notices, papers, motions, and any other documents filed, received, or issued in this matter be sent to all attorneys of record.

Dated: April 13, 2023

                                               By:  /s/ Samuel G. Dobre
                                                           Samuel G. Dobre, Esq.

15736726.1 3/29/2023