UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>    Plaintiff,<br><br>  v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>    Defendants. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Civil Action No.: |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant WORLDWIDE FLIGHT SERVICES, INC., ("Defendant") certifies that the parent company of Worldwide Flight Services, Inc. is Worldwide Flight Services Holdings, Inc. No publicly held entity owns ten percent or more of the stock of Worldwide Flight Services, Inc. or Worldwide Flight Services Holdings, Inc.

Dated: April 13, 2023

              BOND SCHOENECK & KING PLLC

              By: /s/ Samuel G. Dobre
                  Samuel G. Dobre, Esq.
                  *Attorneys for Defendant*
                  *WORLDWIDE FLIGHT SERVICES, INC*
                  600 Third Avenue, 22nd Floor
                  New York, New York 10016
                  (646) 253-2320
                  sdobre@bsk.com