UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>                Plaintiff,<br><br>      v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>                Defendants. | Civil Action No.: 3:23-cv-02082-PGS-DEA |

**APPEARANCE OF COUNSEL**

To: The Clerk of court and all parties of record

The undersigned is admitted or otherwise authorized to practice in this Court and appears in this matter as counsel for Defendant FRONTIER AIRLINES HOLDINGS, INC. D/B/A FRONTIER AIRLINES (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines") and Defendant INDIGO PARTNERS, LLC.

Dated: April 19, 2023

                                                **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

                                                */s/ Megan R. Calme*_____
                                                Megan R. Calme, Esq.
                                                Attorney Id.: 001202012
                                                3102 West End Avenue
                                                Suite 400
                                                Nashville, TN 37203
                                                615-324-7840 (Main)
                                                502-238-7844 (Fax)
                                                Megan.calme@wilsonelser.com

**Certificate of Service**

The undersigned hereby certifies that on this 19th day of April, 2023, I caused a copy of the foregoing Appearance of Counsel to be filed using the CM/ECF system which will generate notice to the following:

William J. Fox, Esq.
Law Offices of William J. Fox, P.C.
1626 Pine Street
Philadelphia, PA 19103
*Attorney for Plaintiff*

Samuel G. Dobre, Esq.
Bond Schoeneck & King PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016
(e): sdobre@bsk.com
*Attorney for Defendant Worldwide Flight Services, Inc.*

                                                                     */s/ Megan R. Calme*
                                                                       Megan R. Calme