UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>　　　　　　　Defendants. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Civil Action No.: 3:23-cv-02082-PGS-DEA |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant FRONTIER AIRLINES HOLDINGS, INC. D/B/A FRONTIER AIRLINES (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines") ("Defendant") certifies that its parent company is Frontier Group Holdings, Inc. which owns 100% of the stock of Frontier Airlines Holdings, Inc.

Dated: April 19, 2023

　　　　　　　　　　　　　　　　　　　　**WILSON ELSER MOSKOWITZ**
　　　　　　　　　　　　　　　　　　　　**EDELMAN & DICKER, LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Megan R. Calme*
　　　　　　　　　　　　　　　　　　　　Megan R. Calme, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney Id.: 001202012
　　　　　　　　　　　　　　　　　　　　3102 West End Avenue
　　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　　Nashville, TN 37203
　　　　　　　　　　　　　　　　　　　　615-324-7840 (Main)
　　　　　　　　　　　　　　　　　　　　502-238-7844 (Fax)
　　　　　　　　　　　　　　　　　　　　Megan.calme@wilsonelser.com

**<u>Certificate of Service</u>**

   The undersigned hereby certifies that on this 19th day of April, 2023, I caused a copy of the foregoing Rule 7.1 Statement to be filed using the CM/ECF system which will generate notice to the following:

William J. Fox, Esq.
Law Offices of William J. Fox, P.C.
1626 Pine Street
Philadelphia, PA 19103
*Attorney for Plaintiff*

Samuel G. Dobre, Esq.
Bond Schoeneck & King PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016
(e): sdobre@bsk.com
*Attorney for Defendant Worldwide Flight Services, Inc.*

                */s/ Megan R. Calme*
                Megan R. Calme