UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>                    Plaintiff,<br><br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>                    Defendants. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Civil Action No.: 3:23-cv-02082-PGS-DEA |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant INDIGO PARTNERS, LLC (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines") ("Defendant") certifies that it has no parent company and no publicly held entity owns ten percent or more of the stock of Indigo Partners, LLC.

Dated: April 19, 2023

                                                      **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

                                                      */s/ Megan R. Calme*_____
                                                      Megan R. Calme, Esq.
                                                      Attorney Id.: 001202012
                                                      3102 West End Avenue
                                                      Suite 400
                                                      Nashville, TN 37203
                                                      615-324-7840 (Main)
                                                      502-238-7844 (Fax)
                                                      Megan.calme@wilsonelser.com

**Certificate of Service**

   The undersigned hereby certifies that on this 19th day of April, 2023, I caused a copy of the foregoing Rule 7.1 Statement to be filed using the CM/ECF system which will generate notice to the following:

William J. Fox, Esq.
Law Offices of William J. Fox, P.C.
1626 Pine Street
Philadelphia, PA 19103
*Attorney for Plaintiff*

Samuel G. Dobre, Esq.
Bond Schoeneck & King PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016
(e): sdobre@bsk.com
*Attorney for Defendant Worldwide Flight Services, Inc.*

               */s/ Megan R. Calme*
                Megan R. Calme