*LAW OFFICES*

# WILLIAM J. FOX, P.C.

**Member PA & NJ Bar**

1626 Pine Street
Philadelphia, PA 19103
Tel: (215) 546-2477
Fax: (215) 546-4698

_____

July 27, 2023

Honorable Douglas E. Arpert
*Filed Electronically*

        **Re:**    **Paula Burke-Green-Warren v. WFS, Inc., et al.**
              **23-CV-2082**
              **Joint Status Report Regarding Joint Employer Issue**

Dear Judge Arpert:

      I am writing to provide the court with a joint status report on behalf of the Parties in the above-captioned matter with regard to the Joint Employer issue as set forth in the Scheduling Order. The parties have circulated a stipulation. Plaintiff is awaiting to receive information before a stipulation can be agreed to. The Parties hope to have this resolved by August 11, 2023.

      Thank you for your attention to this matter.

                      Very truly yours,

                      */s/ William J. Fox*

                      WILLIAM J. FOX

cc:    Samuel Dobre, Esquire
        Megan R. Calme, Esquire