UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN, <br><br> Plaintiff, <br><br> v. <br><br> WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES, <br><br> Defendants. | Civil Action No.: 23-2082 (PGS) |

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER**

COME NOW the parties, by and through counsel, pursuant to Fed. R. Civ. P. 26(c), and move this Court for entry of an Agreed Confidentiality Agreement and Stipulated Protective Order, and in support of the Motion, state to the Court as follows:

The parties anticipate discovery in this matter will involve disclosure of confidential and proprietary information, including, but not limited to, policies, procedures, personnel records, contractual agreements, and/or other documents containing confidential or proprietary information of Defendants ("Document Production"). The parties agree that a protective order is necessary to protect the parties' interests and that good cause exists for entry of a protective order on the

1

grounds that the Document Production contains confidential, proprietary, and other commercial information, the unconditional disclosure of which would result in competitive disadvantage to Defendants. As a result, the parties request that the Court grant this Motion and enter the Agreed Confidentiality Agreement and Stipulated Protective Order attached hereto as **Exhibit A**.

WHEREFORE, PREMISES CONSIDERED, the parties request that the Court grant their Motion and enter the Agreed Confidentiality Agreement and Stipulated Protective Order attached hereto as **Exhibit A**.

This the 12th day of August, 2023

Respectfully submitted,

**BOND, SCHOENECK & KING PLLC**

By: */s/ Samuel G. Dobre (with expressed permission by Megan R. Calme)*
      Samuel G. Dobre, Esq.
   *Attorneys for Defendant*
   *Worldwide Flight Services*
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2320
sdobre@bsk.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Megan Calme-Cappellini*
      Megan Calme-Cappellini, Esq.
*Attorneys for Defendant*
*Indigo Partners & Frontier Airlines Holdings,Inc. d/b/a Frontier Airlines*
3102 West End Avenue Suite 400
Nashville, TN 37203
(973)735-5987
megan.calme@wilsonelser.com

285241336v.1

LAW OFFICES OF WILLIAM J. FOX, P.C

By: _____
William J. Fox, Esq.
*Attorneys for Plaintiff*
1626 Pine Street
Philadelphia, PA 19103
(215) 546-2477
wjf@billfoxlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of this pleading has been served via notification by the Court's e-filing system and via electronic mail, this the ____ day of August 2023, upon the following:

Samuel G. Dobre, Esq.
*Attorneys for Defendant*
*Worldwide Flight Services*
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2320
sdobre@bsk.com

William J. Fox, Esq.
*Attorneys for Plaintiff*
1626 Pine Street
Philadelphia, PA 19103
(215) 546-2477
wjf@billfoxlaw.com

285241336v.1

**LAW OFFICES OF WILLIAM J. FOX, P.C**

By: _____
      William J. Fox, Esq.
  *Attorneys for Plaintiff*
1626 Pine Street
Philadelphia, PA 19103
(215) 546-2477
wjf@billfoxlaw.com

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of this pleading has been served via notification by the Court's e-filing system and via electronic mail, this the 12th day of August 2023, upon the following:

Samuel G. Dobre, Esq.
*Attorneys for Defendant*
*Worldwide Flight Services*
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2320
sdobre@bsk.com


William J. Fox, Esq.
*Attorneys for Plaintiff*
1626 Pine Street
Philadelphia, PA 19103
(215) 546-2477
wjf@billfoxlaw.com


              __/s/ Megan Calme-Cappellini____
              Megan R. Calme-Cappellini

285241336v.1