

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**SAMUEL G. DOBRE, ESQ.**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

August 18, 2023

**VIA ELECTRONIC FILING**

Hon. Douglas E Arpert
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:   ***Burke-Green-Warren v. Worldwide Flight Services, Inc. et al***
*3:23-cv-02082-PGS-DEA*

Dear Judge Arpert:

This firm represents Defendant Worldwide Flight Services, Inc. in the above-captioned matter. Pursuant to my telephone communication with Your Honor's Courtroom Deputy, Ms. Elizabeth Beres, earlier this morning, Your Honor is available on September 13, 2023 at 12:00 p.m. to conduct a Settlement Conference in this matter. The Parties jointly write to advise the Court that all parties are available on this date/time, and all Parties agree to appear remotely via Zoom video conferencing or another video platform.

We thank the Court for its consideration and assistance in this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Samuel G. Dobre
Associate

SGD/jb

cc:   William J. Fox, Esq.
      Megan Rae-Nobles Calme-Cappellini, Esq.