UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

---

PAULA BURKE-GREEN-WARREN,

                Plaintiff,

v.

WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,

                Defendants.

Civil Action No.: 3:23-cv-02082-PGS-DEA

---

### NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF KATHRYN A. GRACE

**PLEASE TAKE NOTICE** that, pursuant to Rule 101.1(c), undersigned counsel hereby moves to admit *pro hac vice* Kathryn A. Grace, of Wilson Elser Moskowitz Edelman and Dicker LLP, 8444 Westpark Drive Suite 510, McLean, VA 22101, for the purpose of acting as counsel for Defendant FRONTIER AIRLINES HOLDINGS, INC. D/B/A FRONTIER AIRLINES (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines") and Defendant INDIGO PARTNERS, LLC. in this case. The required application is attached.

Dated: August 29, 2023

                **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

                */s/ Megan R. Calme-Cappellini*
                Megan R. Calme-Cappellini, Esq.
                Attorney Id.: 001202012
                3102 West End Avenue

Suite 400  
Nashville, TN 37203  
615-324-7840 (Main)  
502-238-7844 (Fax)  
Megan.calme@wilsonelser.com

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of this pleading has been served via notification by the Court's e-filing system and via electronic mail, this the 29th day of August 2023, upon the following:

Samuel G. Dobre, Esq.
*Attorneys for Defendant*
*Worldwide Flight Services*
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2320
sdobre@bsk.com


William J. Fox, Esq.
*Attorneys for Plaintiff*
1626 Pine Street
Philadelphia, PA 19103
(215) 546-2477
wjf@billfoxlaw.com


        __/s/ Megan Calme-Cappellini____
        Megan R. Calme-Cappellini