UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>         Plaintiff,<br><br>   v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>         Defendants. | Civil Action No.: 3:23-cv-02082-PGS-DEA |

**CERTIFICATION OF KATHRYN GRACE
PURSUANT TO LOCAL RULE 101.1(c)**

I, Kathryn Grace, hereby certify the following:

1. I have been asked by Defendant Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines) and Defendant Indigo Partners, LLC to represent it in the above-captioned matter.

2. I am a partner with Wilson Elser Moskowitz Edelman & Dicker, LLP, in the McLean, VA office, located at 8444 Westpark Drive, Suite 510, McLean, VA 22102.

3. I am a member of the following bars:

 a. State of Virginia, admitted 2005
   Virginia State Bar
   1111 East Main Street, Suite 700
   Richmond, VA 23219-0026

  b. District of Columbia, admitted 2007
   The District of Columbia Bar
   901 4th Street, NW
   Washington, D.C. 20001

  c. State of Maryland, admitted 2015
   MSBA Headquarters
   520 W. Fayette St.
   Baltimore, MD 21201

  d. State of West Virginia, admitted 2011
   West Virginia State Bar
   2000 Deitrick Blvd.
   Charleston, WV 25311

  e. State of North Carolina, admitted 2018
   North Carolina Bar Association
   8000 Weston Parkway
   Cary, NC 27513

4. I am a member in good standing of all bars and courts to which I have been admitted. There are no pending disciplinary proceedings against me in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this or any court (or other admission for a limited purpose under this rule) revoked for misconduct.

6. I have read the Local Rules of the United States District Court for the District of New Jersey and agree to comply them.

WHEREFORE, I respectfully request that Defendant Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines) and Defendant Indigo Partners, LLC's motion for my admission to practice in this court, *pro hac vice,* be granted.

Signed under the pains and penalties of perjury this 29th day of August, 2023.

2

286232590v.1

                                                                           */s/ Kathryn Grace*
                                                                           Kathryn Grace