UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>Plaintiff,<br><br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>Defendants. | Civil Action No.: 3:23-cv 02082-PGS-DEA |

**PROPOSED] ORDER ADMITTING KATHRYN A. GRACE, ESQ.** *PRO HAC VICE*

This matter having been raised before the Court on application of Wilson, Elser, Moskowitz, Edelman & Dicker LLP ("Wilson Elser"), counsel for Indigo Partners and Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines, Inc., (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines") (collectively, "Defendants"), for an Order admitting *pro hac vice* Kathryn A. Grace, Esq., attorney of at Wilson Elser, and the Court having reviewed the moving papers and the opposition thereto, if any; and having considered the arguments of counsel; and for good cause shown;

It is on this _____ day of _____ 2023,

ORDERED that Ms. Grace is hereby admitted to this Court *pro hac vice* to appear in the within matter on behalf of Defendants Indigo Partners and Frontier Airlines Holdings, Inc. d/b/a

2

Frontier Airlines, Inc., (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines")

      A copy of this Order shall be served on all counsel and any unrepresented parties promptly upon receipt thereof.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge

286233664v.1