**BOND SCHOENECK & KING PLLC**
Jason F. Kaufman, Esq.
Attorney ID: 119292014
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2303
*Attorneys for Defendant Worldwide Flight Services, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>                Plaintiff,<br><br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>                Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No.:<br>3:23-cv-02082-PGS-DEA |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of Defendant WORLDWIDE FLIGHT SERVICES, INC., in the above-captioned action.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
          August 30, 2023

                                  BOND, SCHOENECK & KING, PLLC

                                  By:   /s/ Jason F. Kaufman, Esq.

                                      Jason F. Kaufman, Esq.
*Attorneys for Defendant*
WORLDWIDE FLIGHT SERVICES, INC
600 Third Avenue, 22nd Floor
New York, New York 10016
T: (646) 253-2303
F: (646) 253-2301
jkaufman@bsk.com