

Megan R. Calme
973.735.5987 (direct)
megan.calme@wilsonelser.com

September 7, 2023

**VIA ELECTRONIC FILING**

Honorable Douglas E. Arpert
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

Re:   *Burke-Green-Warren v. Worldwide Flight Services, Inc., et al.*
      3:23-cv-02082-PGS-DEA

Dear Judge Arpert:

This firm represents Defendants Indigo Partners and Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines in the above-captioned matter. Pending before the Court is Defendants' Motion for Leave to Appear *Pro Hac Vice* on behalf of Kathryn Grace, Esq. (Doc. 18). The undersigned counsel for the moving Defendants has conferred with counsel for Defendant Worldwide Flight Services, Inc., Samuel G. Dobre, Esq., and counsel for Plaintiff, William J. Fox, Esq., and has confirmed that there is no objection to the Motion.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Megan R. Calme*

Megan R. Calme

cc:   Samuel G. Dobre, Esq.
      William J. Fox, Esq.

Two American Center, 3102 West End Avenue, Suite 400 • Nashville, TN 37203 • p 615.324.7840 • f 470.419.6651

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Mississippi • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

286626761v.1