*LAW OFFICES*
**WILLIAM J. FOX, P.C.**

**Member PA & NJ Bar**

1626 Pine Street
Philadelphia, PA 19103
Tel: (215) 546-2477
Fax: (215) 546-4698

September 26, 2023

Honorable Douglas E. Arpert
*Filed Electronically*

      **Re:**    Paula Burke-Green-Warren v. WFS, Inc., et al.
              23-CV-2082
              **Joint Status Report Regarding Joint Employer Issue**

Dear Judge Arpert:

      On September 25, 2023, this Court scheduled a status conference call for December 5, 2023. On December 4, 2023, I am attached to begin a four-five day trial in the case of Brian McConnell v. NJ Transit, Docket No. ESX- L-5302-21, in Essex County. For this reason, I am requesting that the Court issue a new date for a status conference.

      Thank you for your attention to this matter.

                                          Very truly yours,

                                          */s/ William J. Fox*

                                          WILLIAM J. FOX

cc:    All Counsel Via ECF