UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

PAULA BURKE-GREEN-WARREN,

               Plaintiff,

       v.

WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,

               Defendants.

**CERTIFICATION OF PATRICK V. MELFI PURSUANT TO LOCAL RULE 101.1(c)**

Civil Action No.:

3:23-cv-02082-PGS-DEA

---

I, PATRICK V. MELFI, hereby certify the following:

1.      I have been asked by Defendant Worldwide Flight Services, Inc., to represent it in the above-captioned matter.

2.      I am a solo practitioner at Melfi Law, LLC, 949 County Route 53, Oswego, NY 13126, pmelfi@melfilaw.com, 315.532.3401.

3.      I am a member of the following bars:

        a.  New York State (active / registration # 4302311)

        b.  Illinois (inactive / registration # 6225627)

4.      I am a member in good standing of all bars and courts to which I have been admitted. There are no pending disciplinary proceedings against me in any jurisdiction.

5.      I have not previously had a *pro hac vice* admission to this or any court (or other admission for a limited purpose under this rule) revoked for misconduct.

6.      I have read the Local Rules of the United States District Court for the District of New Jersey and agree to comply them.

WHEREFORE, I respectfully request that Worldwide Flight Services, Inc.'s motion for my admission to practice in this court, *pro hac vice,* be granted.

17235504.1 2/7/2024

Signed under the pains and penalties of perjury this _20_th day of February, 2024.

_Patrick Melfi_
_____
Patrick V. Melfi

17235504.1 2/7/2024