UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>                      Plaintiff,<br><br>     v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>                      Defendants. | **PROPOSED ORDER ADMITTING PATRICK V. MELFI, ESQ.** *PRO HAC VICE*<br><br>Civil Action No.:<br><br>3:23-cv-02082-PGS-DEA |

This matter having been raised before the Court on application of Bond, Schoeneck & King, PLLC, ("Bond"), counsel for WORLDWIDE FLIGHT SERVICES, INC., ("Defendant WFS"), for an Order admitting *pro hac vice* Patrick V. Melfi, Esq., attorney of Melfi Law, LLC, and the Court having reviewed the moving papers and the opposition thereto, if any; and having considered the arguments of counsel; and for good cause shown;

It is on this 20th day of February 2024,

ORDERED that Mr. Melfi is hereby admitted to this Court *pro hac vice* to appear in the within matter on behalf of Defendant WFS.

A copy of this Order shall be served on all counsel and any unrepresented parties promptly upon receipt thereof.

                                                                                                            _____
                                                                                                           **HON. DOUGLAS E. ARPERT**
                                                                                                           United States Magistrate Judge