UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN,<br><br>                       Plaintiff,<br><br>    v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,<br><br>                       Defendants. | Civil Action No.:<br><br>3:23-cv-02082-PGS-DEA |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of February, 2024, **MOTION FOR THE *PRO HAC VICE* ADMISSION OF PATRICK V. MELFI** were served via electronic mail to the following:

> William J. Fox, Esq,
> 1626 Pine Street
> Philadelphia, PA 19103
> wjf@billfoxlaw.com
>
> *Attorney for Plaintiff*
>
> Megan R. Calme, Esq.
> 3102 West End Avenue
> Suite 400
> Nashville, TN 37203
> 615-324-7840 (Main)
> 502-238-7844 (Fax)
> Megan.calme@wilsonelser.com
>
> *Attorneys for Defendant Worldwide Flight Services, Inc.*

                                                         /s/ Samuel G. Dobre
                                                             Samuel G. Dobre