UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

PAULA BURKE-GREEN-WARREN,

                    Plaintiff,

      v.

WORLDWIDE FLIGHT SERVICES, INC., INDIGO PARTNERS & FRONTIER AIRLINES HOLDINGS, INC. d/b/a FRONTIER AIRLINES,

                    Defendants.

---

**NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF PATRICK V. MELFI**

Civil Action No.:

3:23-cv-02082-PGS-DEA

---

**PLEASE TAKE NOTICE** that, pursuant to Rule 101.1(c), undersigned counsel hereby moves to admit *pro hac vice* Patrick V. Melfi, of the firm Melfi Law, LLC, 949 County Route 53, Oswego, NY 13126, for the purpose of acting as counsel for Defendant WORLDWIDE FLIGHT SERVICES, INC., in this case. The required application is attached.

Dated: New York, New York
       February 21, 2024

BOND, SCHOENECK & KING, PLLC

By: _____
    Samuel G. Dobre
600 Third Avenue, 22nd Floor
New York, NY 10016-1915
Telephone: (646) 253-2320
Fax: (646) 253-2377
sdobre@bsk.com

*Attorneys for Defendant Worldwide Flight Services Inc.*

1