

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**SAMUEL G. DOBRE, ESQ.**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

March 14, 2024

**VIA ELECTRONIC FILING**

Magistrate Judge Douglas E Arpert
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

      Re:    **_Burke-Green-Warren v. Worldwide Flight Services, Inc. et al_**
               _3:23-cv-02082-PGS-DEA_

Dear Magistrate Judge Arpert:

      This firm represents Defendant Worldwide Flight Services, Inc. in the above-captioned matter. Pursuant to Your Honor's December 22, 2023 Order (Dkt. No. 25), I write jointly with Plaintiff's Counsel and co-defendant's counsel, Frontier Airlines Holdings, Inc. and Indigo Partners, LLC, to provide a joint status report.

      The Parties have reached a settlement in principle, and as a result, the Parties respectfully request additional time to finalize a settlement agreement, obtain signatures and file a Stipulation of Dismissal, which the Parties anticipate will be completed within the next fourteen (14) days.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

*[signature]*

Samuel G. Dobre

cc:    William J. Fox, Esq.
       Megan Rae-Nobles Calme-Cappellini, Esq.