**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA BURKE-GREEN-WARREN, | ) |
| Plaintiff, | ) STIPULATION OF |
| vs. | ) DISCONTINUANCE |
| | ) WITH PREJUDICE |
| WORLDWIDE FLIGHT SERVICES, INC. et al., | ) |
| | ) Case 3:23-cv-02082-PGS-DEA |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without attorneys' fees or costs to any party as against the other. Counsel have the authority from their respective clients to so stipulate. This stipulation may be filed without further notice to the clerk of the court.

LAW OFFICES OF WILLIAM J. FOX, P.C.

By: _W J Fox_
William J. Fox, Esq.
Dated: _____
*Attorneys for Plaintiff*

BOND, SCHOENECK & KING, PLLC

By: _Samuel Dobre_
Samuel G. Dobre, Esq.
Dated: 4/16/2024
*Attorneys for Defendant Worldwide Flight Services, Inc.*

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

By: _Megan R. Calme_
Megan R. Calme, Esq.
Dated: April 16, 2024
*Attorneys for Defendant Frontier Airlines Holdings, Inc.*

**SO ORDERED**

_Peter M____
Dated: _4/22/24_

8